UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**SOPHIA ANDREA BENEFIELD #6475**     **CASE NO. 6:23-CV-01802 SEC P**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**WARDEN**     **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 5] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition and Amended Petition for *Habeas Corpus* [Doc. Nos. 1, 3] are **DISMISSED WITH PREJUDICE** as Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

THUS DONE AND SIGNED in chambers this 22nd day of May, 2024.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**